13, 1916.) Award reversed, on the authority of Matter of Bargey v. Massaro Macaroni Co., 218 N. Y. 410, 113 N. E. 407. All concur, except Woodward, J., who votes to affirm on the opinion in Matter of Rheinwald v. Builders' Brick & Supply Co., 168 App. Div. 425, 153 N. Y. Supp. 598.

---

Catherine RICE, respt., v. William A. KILLIP, as execr., etc., applt. (Supreme Court, Appellate Division, Fourth Department. October 11, 1916.) Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, that the plaintiff's cause of action for services is barred by the statute of limitations. All concur.

---

Clarence B. RICE and another, Applts., v. OLIVER BROS. PURCHASING CO. et al., Respts. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

---

George H. RICHARDSON and Another, Respondents, v. Frank S. SWAIN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment and order affirmed, with costs. All concurred.

---

Ely J. RIESER, etc., v. L. PRAGER, Inc. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

---

Clarence N. RISLEY, applt., v. TOWN OF URBANA, respt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal and pay to respondent's attorney $10 within 10 days and be ready to argue the appeal on October 16th.

---

ROCKLAND COUNTY TRUST COMPANY, as committee, etc., of Michael Kennedy, an incompetent person, appellant, v. Frank COMESKY, respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

---

Clinton T. ROE, respondent, v. Henry E. CORNWELL, appellant, and Eliza J. Boehme, defendant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

---

William H. ROE and John J. Roe, as administrators, etc., of Caroline E. Roe, deceased, respondents, v. S. Annie MILLS, as administratrix, etc., of S. Decatur Hawkins, deceased, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion to resettle order denied, without costs.

Matter of ROSEDALE AVE. and St. Lawrence Ave. (Morris Kushner). (Supreme Court, Appellate Division, First Department. July 10, 1916.) There is no necessity for a reargument. Submit papers for resettlement of the order heretofore entered, said resettled order to fix the amount of the lien.

---

Joseph ROSENFIELD, respt., v. Henry W. SIEGEL, applt. (Supreme Court, Appellate Division, Third Department. September 13, 1916.) Motion granted, with $10 costs, unless defendant, within 30 days, serves case on appeal, in which event motion is denied.

---

Charles ROSSLER, respt., v. Louis GOEBEL, applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Order affirmed, with $10 costs and disbursements. All concur, except Lambert, J., who dissents.

---

Nathan RUCK v. GIMBEL BROS. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Application denied, with $10 costs. Order signed.

---

RUCK v. GIMBEL BROS. MARCUS v. SAME. KRISCHANSKY v. SAME. (Supreme Court, Appellate Division, First Department. July 17, 1916.) Motions denied, with $10 costs. Orders filed.

---

Charles RUSH et al., as executors, etc., of Reese Carpenter, deceased, appellants, v. Albert F. WAGNER, etc., respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order affirmed, costs to abide the event. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Rich, JJ., concur.

---

R. & L. CO. v. Herman A. METZ. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion granted; question certified. Order filed.

---

ST. JOHN'S ROMAN CATHOLIC CHURCH IN THE CITY OF BROOKLYN, plaintiff, v. Dora L. WINDELS, defendant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment for defendant upon the agreed statement of facts, and for her recovery of the $500 paid on signing contract, with interest thereon from January 5, 1916, also for $70 spent to examine title, with costs. No opinion. Thomas, Stapleton, Mills, Rich, and Putnam, JJ., concur. Order to be settled on notice before Mr. Justice Putnam.

---

Gabriel SALANT et al., Applts., v. Boris KASCHUCK, Respt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

---

Morris SALZMAN, respondent, v. EHRLICH & RAPP'S MANHATTAN LAUNDRY, Incorporated, et al., defendants, and Walter B. Milkman, as trustee in bankruptcy, etc., appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judg-

ment affirmed, with costs. No opinion. Jenks, P. J., and Carr, Rich, and Putnam, JJ., concur. Thomas J., not voting.

SAMUEL STORES, respt., v. POPULAR OUTFITTING CO., applt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion for reargument denied, with $10 costs.

Samuel STORES, respt., v. POPULAR OUTFITTING CO., Inc., applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion granted, and order of modification and affirmance entered July 6, 1916, amended, so as to retain the provision awarding costs to plaintiff in the trial court.

In the Matter of Addison S. SANBORN, an ATTORNEY. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Matter referred to Hon. William D. Dickey, as official referee, to take proof in the matters raised by the petition herein, and report to this court, with his opinion. Putnam, J., not voting.

Norma F. SCHAFUSS, Respt., v. Farron S. BETTS and another, Applts. (Supreme Court, Appellate Division, First Department. October 20, 1916.) Judgment (94 Misc. Rep. 463, 157 N. Y. Supp. 608) affirmed, with costs. No opinion. Order filed.

In the matter of proving the last will and testament of Albert SCHARF, deceased. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Decree of the Surrogate's Court of Kings County affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Hyman SCHECTER v. FIDELITY & DEPOSIT CO. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

Jacob SCHELLING, appellant, v. Thomas A. MARKEY, respondent. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Application denied, with $10 costs.

Charles SCHMITT and Others, Respondents, v. Anna M. FERRIER, Appellant, Impleaded with Another. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment affirmed, with costs. All concur.

Rose M. SCHNUER, appellant, v. SCHLEGEL REALTY COMPANY, Inc., and Hugo Langerfeld, respondents. (Supreme Court, Appellate Division. Second Department. October 6, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Mills, Rich, and Putnam, JJ., concur.

Henry E. SCHWAB, respondent, v. Nellie J. SCHWAB, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied, on condition that appellant perfect the appeal, place the case on the September calendar of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Henry E. SCHWAB, respondent, v. Nellie SCHWAB, appellant, and another. (Action No. 4.) (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied, on condition that appellants perfect the appeal, place the case on the September calendar of this court, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

Max SCHWARTZ v. Santiago P. CAHILL. (Supreme Court, Appellate Division, First Department. October 9, 1916.) Motion for preference granted for October 13th.

Charles H. SCOTT, respondent, v. Ferdinand WITT, appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) Judgment and order of the County Court of Westchester County unanimously affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Accounts of Edward Tracy SCOVILL and Another, as Executors, etc., of John Hyland, Deceased. Margaret E. CLARK, Claimant, Respondent, v. ESTATE OF JOHN HYLAND, Deceased, Appellant. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Motion for leave to appeal to the Court of Appeals granted, and questions for review certified.

Preston B. SEAMAN, appellant, v. CITY OF NEW YORK, respondent. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion denied.

In the Matter of the Application of James O. SEBRING and Warren J. Cheney, for an order determining and enforcing their lien upon funds in the hands of William W. Masterman, as treasurer of Steuben County, etc. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Motion to dismiss appeal granted, unless appellants shall file and serve printed papers by November 4th and be ready to argue appeal at opening of November, 1916, term.

Rose SECKLER, plaintiff, v. Charles H. GREENFIELD, defendant, Anna Tesbell, respondent, and Charles McMahon Smith, appellant. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Order modified, so as to direct the receiver to pay over to the city chamberlain, to the credit of this action, the funds still remaining in his hands, and, as so modified, affirmed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Rich, and Putnam, JJ., concur.

SECURITY TRUST COMPANY OF ROCHESTER, as Executor, etc., v. BANK OF NIAGARA and Another. (Supreme Court, Appellate Division, Fourth Department. De-